

**NUMBER 13-08-000141-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

**IN RE: JOSE R. CARRERAS, M.D.**

**On Petition for Writ of Mandamus**

**MEMORANDUM OPINION**

**Before Justices Yañez, Rodriguez, and Vela**
**Per Curiam Memorandum Opinion[1]**

Relator, Jose R. Carreras, M.D., filed a petition for writ of mandamus in the above

cause on March 17, 2008. Real parties in interest, Jose Villarreal and Sonia Villarreal, filed

a response on April 9, 2008.

The Court, having examined and fully considered the petition for writ of mandamus

with appendix and the response with appendix, is of the opinion that relator has not shown

---

[1]*See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not
required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

himself entitled to the relief sought.  Accordingly, relator's petition for writ of mandamus is

denied.  *See* TEX. R. APP. P. 52.8(a).


PER CURIAM


Memorandum Opinion delivered
and filed this 30th day of April, 2008.